JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| CHRIS KOHLER,<br><br>    Plaintiff,<br><br>vs.<br><br>AURORA VEGA, INC., et al.<br><br>    Defendants. | Case No. CV10-06247 JFW (DTBx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice. Each party shall bear their own fees and costs.

Dated: July 15, 2011

_____
Judge of the District Court